1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                             SAN FRANCISCO DIVISION

12
   DANISH ALI,                           )    No. C 06-4926-VRW
13                                       )
           Plaintiff,                    )
14                                       )
       v.                                )
15                                       )
   DEPARTMENT OF HOMELAND                )    **STIPULATION TO DISMISS; AND**
16 SECURITY, Michael Chertoff, Secretary; )   **[PROPOSED] ORDER**
   US ATTORNEY GENERAL, Alberto          )
17 Gonzales; FEDERAL BUREAU OF           )
   INVESTIGATION, Robert Mueller,        )
18 Director; US CITIZENSHIP AND          )
   IMMIGRATION SERVICES, Emilio T.       )
19 Gonzalez, Director; US CITIZENSHIP    )
   AND IMMIGRATION SERVICES, David       )
20 Still, District Director, San Francisco )
   District,                             )
21                                       )
           Defendants.                   )
22                                       )

23     The plaintiff, by and through his attorney of record, and defendants, by and through its

24 attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-

25 entitled action in light of the fact that the United States Citizenship and Immigration Services

26 (USCIS) had adjudicated the plaintiff's Form I-485 application for adjustment of status.

27

28

STIPULATION TO DISMISS AND PROPOSED ORDER
C 06-4926-VRW                                      1

| | |
|---|---|
| Date: October 18, 2006 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br><br>/s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date:  October 20, 2006 | /s/<br>RUBY LIEBERMAN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  November 3, 2006    _____
VAUGHN R. WALKER
Chief Judge, United States District Court

---

[1] I, Edward A. Olsen, attest that both Ruby Lieberman and I have signed this stipulation.

STIPULATION TO DISMISS AND PROPOSED ORDER
C 06-4926-VRW                    2